AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 22, 2024**

SEAN F. McAVOY, CLERK

Caryl Danita Carby,

*Plaintiff*

v.

City of Spokane Washington; Barrack Hussein Obama; George Walker Bush, Jr; Donald John Trump; Tik Tok, Shou 21 Chew; Consulate of India, Government of India; City of Spokane; Garrett Jones, Interim City Administrator; Alphabet Inc (Google) Ceo; City of Liberty Lake Administrator; Cricket Wireless LLC Ceo; Boost Mobile Headquarters Ceo; T-Mobile Corporate Headquarters Ceo; Office of Indian Services; Don Schneider, Schneider Headquarters Ceo; Marion Ilitch, Little Caesars HC, Ceo; Embassy of India; Consulate General of India; Bureau of Indian Affairs; Western Union HQ Ceo; Canadian Embassy; Staples Headquarters Ceo; Android Headquarters Ceo; United States Government, Us Office of Personnel Management; Internal Revenue Service HQ Bldg; US Department of Education; United States Department of Transportation; and Embassy Federal Government of Nigeria,

*Defendant*

Civil Action No. 2:24-CV-0069-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  .

Date: March 22, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore